In The United States District Court
For The Middle District of Tennessee
Columbia Division

Christopher Smalley
　　Plaintiff

v

Damon Hininger
Arvil Chapman
Daniel Sullivan
Betty McVey
Christopher Sawyer
Matthew Bullard
　　Defendants

RECEIVED
IN CLERK'S OFFICE
MAY 07 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

*[handwritten note:]* This motion is DENIED. The Clerk shall mail a copy of docket sheet to Plaintiff
*[signature]* 6-14-14

MOTION TO HAVE PROOF OF SERVICE RETURNED

I Christopher Smalley, plaintiff, hereby request that the court after serving the above mentioned defendants a copy of the provided summons and motion of default that the court provides me Christopher Smalley, plaintiff in this case a copy of the proof of summons.

Respectfully Submitted

5/5/14
Date

Christopher Smalley
Plaintiff
Christopher Smalley
P.O. Box 279
555 Forest Ave
Clifton, TN. 38425