IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SMALLEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:14-00028 |
| | ) | Senior Judge Haynes |
| v. | ) | |
| | ) | |
| ARVIL CHAPMAN, DANIEL SULLIVAN, | ) | |
| BETTY McVEY, CHRISTOPHER SAWYER, | ) | |
| MATTHEW BULLARD and | ) | |
| DAMON HININGER, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 58) recommending that: 1) the motion to dismiss (Docket Entry No. 50) be GRANTED, and Defendant Matthew Bullard should be DISMISSED from the action without prejudice; 2) the Plaintiff's motion to amend (Docket Entry No. 48) be GRANTED; and 3) the Plaintiff's motion to amend (Docket Entry No. 55) be DENIED.

Upon review, objections to the Report and Recommendation have not been filed within the time provided and after de novo review, the motion to dismiss (Docket Entry No. 50) is **GRANTED** and Defendant Matthew Bullard is **DISMISSED** from the action without prejudice; Plaintiff's motion to amend (Docket Entry No. 48) is **GRANTED**; and Plaintiff's motion to amend (Docket Entry No. 55) is **DENIED**.

It is so **ORDERED**.

ENTERED this the _9th_ day of February, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge